IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROUTE 92 MEDICAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-986-CFC-CJB |
| | ) | |
| BALT USA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington on this Tenth Day of September in 2026, having considered the Report and Recommendation by United States Magistrate Judge Christopher J. Burke filed on August 24, 2026 (D.I. 109), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 109) is **ADOPTED**.

2. Defendant Balt USA, LLC's motion to dismiss Plaintiff Route 92 Medical, Inc.'s First Amended Complaint (D.I. 20) is **GRANTED** and the First Amended Complaint (D.I. 11) is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff is **GRANTED** leave to file a further amended pleading on or before **September 24, 2026**.

Chief Judge